PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Yazmin Soto-Cruz     Cr.: 14-00344-001
                                        PACTS #: 66225

Name of Sentencing Judicial Officer:  THE HONORABLE SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/08/2015

Original Offense:   Count 1: Conspiracy To Commit Fraud., 18:1349

Original Sentence: 1 Days imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Community Service - Hours, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, Emp. Restriction

Type of Supervision: Supervised Release     Date Supervision Commenced: 12/08/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Soto-Cruz's term of supervised release is set to expire on December 7, 2018, with an outstanding restitution balance of $1,182,734.98. She has paid $ 13,491.63 towards her financial obligation. |

U.S. Probation Officer Action:
The offender has been compliant and there have been no significant changes in her ability to pay. Therefore, it is respectfully requested that the offender be allowed to expire with an outstanding restitution balance. All future collection will be monitored by the United States Attorney's Financial Litigation Unit.

Respectfully submitted,

By: Shannan P. Pereira
U.S. Probation Officer
Date: 11/27/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other- Offender to be allowed to expire with an outstanding restitution balance. (as recommended by Probation)

_____
Signature of Judicial Officer

November 29, 2018
Date